974

No. 00–1394. Zachariah v. Commissioner of Patents and Trademarks et al. C. A. Fed. Cir. Certiorari denied. ▮

No. 00–1399. Gray v. Stewart et al. C. A. 11th Cir. Certiorari denied.

No. 00–1408. Thompson v. United States. C. A. 4th Cir. Certiorari denied.

No. 00–1409. May v. United States. C. A. Armed Forces. Certiorari denied.

No. 00–1410. Carmichael v. United States. C. A. 6th Cir. Certiorari denied.

No. 00–1415. Smartt v. O'Neill, Secretary of the Treasury. C. A. 5th Cir. Certiorari denied.

No. 00–1416. Perez v. United States. C. A. 11th Cir. Certiorari denied.

No. 00–1426. Southern California Edison Co. v. Ecolochem, Inc. C. A. Fed. Cir. Certiorari denied.

No. 00–1434. Cunningham v. Nazario et al. C. A. 3d Cir. Certiorari denied.

No. 00–1436. Mann v. United States. C. A. 6th Cir. Certiorari denied.

No. 00–1448. Brown v. United States. C. A. 4th Cir. Certiorari denied.

No. 00–1458. Saffo v. United States. C. A. 10th Cir. Certiorari denied.

No. 00–1465. Proven v. United States. C. A. 11th Cir. Certiorari denied.

No. 00–1466. Oatman v. United States. C. A. 6th Cir. Certiorari denied.

No. 00–1468. Rahseparian v. United States. C. A. 10th Cir. Certiorari denied.